WO

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 29 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>  Plaintiff,  )<br>vs.  )<br>Kristina Nichole Ingles,  )<br>  Defendant.  )<br>_____) | CR-03-854-4-PHX-LOA<br><br>**ORDER** |

A pretrial revocation hearing on the petition on violation of release conditions was held on June 27, 2007.

**THE COURT FINDS** that the defendant admits to violating Allegation No. 1 by failing to submit to urinalysis on May 4, 7, and 10, 2007 and Allegation No. 2 by failing to advise pretrial services of changes in address.

**THE COURT FURTHER FINDS** that it is unlikely that, if released, Defendant would abide by all conditions of release.

**IT IS ORDERED** that the Defendant shall remain detained pending further order of the court.

DATED this 27th day of June, 2007.

Lawrence O. Anderson
United States Magistrate Judge