**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )  | CR-03-854-4-PHX-LOA |
|                           )       |  |
| Plaintiff,                )       | **ORDER** |
|                           )       |  |
| vs.                       )       |  |
|                           )       |  |
| Kristina Ingles,          )       |  |
|                           )       |  |
| Defendant.                )       |  |
|                           )       |  |

The undersigned has received and considered Defendant's Motion to Continue Sentencing (docket #279). For good cause shown,

**IT IS ORDERED continuing** Defendant's Sentencing from July 23, 2007 to **Monday, August 13, 2007 at 1:30 p.m.**

DATED this 23rd day of July, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

cc: AUSA Paul Rood
    Dfns Cnsl Theron Hall, III
    U. S. Probation